# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00051-CV

**Hong Kong Dajiang Innovation Technology Co., Ltd., Appellant**

**v.**

**Colin Guinn, individually and on behalf of Dajiang North America, LLC; and Dajiang North America, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-13-004248, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Hong Kong Dajiang Innovation Technology Co., Ltd. has filed an unopposed motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: July 31, 2014